IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jason K., <br>    Plaintiff, | ) <br> ) <br> ) Case No.: 3:24-CV-00088 |
| v. | ) <br> ) <br> ) Judge Rice |
| Martin O'Malley, <br> Commissioner of Social Security, <br>    Defendant. | ) Magistrate Judge Bowman <br> ) <br> ) <br> ) |

## ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Based upon the Joint Motion to Remand of the parties and for good cause shown, **IT IS ORDERED THAT:**

1. The parties' Joint Motion to Remand is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

IT IS SO ORDERED.

Date: 5-16-24          Entered: Walter H. Rice